SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:  (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Defendant
ITW FOOD EQUIPMENT GROUP, erroneously sued herein as
HOBART CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BASSAM MASARWEH,<br><br>    Plaintiff,<br><br>v.<br><br>HOBART CORPORATION and DOES 1 through 100, Inclusive ,<br><br>    Defendants. | Case No.: 1:06-CV-00604-LJO-DLB<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE EXPERT DISCLOSURE DATE**<br><br>Trial Date:         January 8, 2008 |
|---|---|

Plaintiff Bassam Masarweh and defendant ITW Food Equipment Group, erroneously sued herein as Hobart Corporation, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS the current initial expert witness disclosure and report exchange date in this action is May 8, 2007;

WHEREAS the parties wish to conduct further inspections and testing of the subject electric mixer prior to the aforementioned expert witness disclosures;

WHEREAS the parties have been diligently meeting and conferring with the third party workers' compensation insurance carrier that controls and possesses the electric mixer for the purpose of further inspections and testing;

WHEREAS the parties are informed and believe that the third party workers' compensation carrier is considering filing a complaint in intervention in this action;

WHEREAS the parties have been unable to conduct further inspections and testing of the subject electric mixer to date; and

WHEREAS the parties seek to be relieved of their expert discovery obligations and the burden of the May 8, 2007 expert discovery exchange before further inspections and testing of the subject electric mixer are completed;

The parties stipulate to the following and respectfully request that the Court issue the following Orders:

1. The expert disclosure date of May 8, 2007 and the supplemental expert disclosure date of June 8, 2007 are vacated and hereby continued to June 8, 2007 and July 9, 2007, respectively;

2. Should the third party workers' compensation carrier file a complaint in intervention in this action the parties, including the carrier, reserve their rights to further address the Court regarding the deadlines set forth in the Court's September 16, 2006 Scheduling Conference Order, including the trial date of January 8, 2008.

DATED:  May 4, 2007      SCHIFF HARDIN LLP
                         By          /s/
                            Kathleen A. Stimeling Attorneys for Defendant
                         ITW FOOD EQUIPMENT GROUP,
                         erroneously sued herein as HOBART
                         CORPORATION

DATED:  May 3, 2007      LAW OFFICES OF BRYMAN & APELIAN
                         By          /s/
                            Andrew C. Bryman Attorneys for
                         Plaintiff BASSAM MASARWEH

## ORDER

Pursuant to the above stipulation,

IT IS SO ORDERED.

Dated:   May 4, 2007           /s/ Lawrence J. O'Neill
                               UNITED STATES DISTRICT JUDGE