SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant
ITW FOOD EQUIPMENT GROUP, erroneously sued herein as
HOBART CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASSAM MASARWEH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOBART CORPORATION and DOES 1 through 100, Inclusive ,<br><br>　　　　　Defendants. | Case No.: 1:06-CV-00604-LJO-DLB<br><br>**FURTHER STIPULATION AND PROPOSED ORDER REGARDING EXPERT DISCLOSURE AND DISCOVERY CUT-OFF DATES** |

　　　　Plaintiff Bassam Masarweh and defendant ITW Food Equipment Group, erroneously sued herein as Hobart Corporation, by and through their respective counsel, hereby agree and stipulate as follows:

　　　　1.　　WHEREAS the current expert witness disclosure and report exchange date in this action is June 8, 2007;

　　　　2.　　WHEREAS the parties wish to conduct further inspections and testing of the subject electric mixer prior to the aforementioned expert witness disclosure;

　　　　3.　　WHEREAS the parties have diligently and repeatedly met and conferred with the third party workers' compensation insurance carrier that controls and possesses the subject electric mixer for the purpose of further inspection and testing;

//
//

- 1 -
**FURTHER STIPULATION AND PROPOSED ORDER REGARDING EXPERT DISCLOSURE AND DISCOVERY CUT-OFF DATES**
Case No.: 1:06-CV-00604-LJO-DLB

4. WHEREAS the third party workers' compensation insurance carrier only recently agreed to make the subject electric mixer available for inspection by the parties and their experts in Berkeley, California on June 12, 2007;

5. WHEREAS the parties have been unable to inspect the subject electric mixer any sooner than June 12, 2007;

6. WHEREAS the parties seek to be relieved of their expert discovery obligations and the burden of the June 8, 2007 expert discovery exchange before further inspection of the subject electric mixer on June 12, 2007; and

7. WHEREAS the parties require additional time to conduct fact discovery;

The parties stipulate to the following and respectfully request that the Court issue the following Orders:

1. The expert disclosure date of June 8, 2007 and the supplemental expert disclosure date of July 9, 2007 are vacated and hereby continued to July 12, 2007 and August 13, 2007 respectively;

2. Non-expert discovery in this action shall conclude the sixtieth (60th) day before trial, i.e. by November 9, 2007, as referenced at page 9 of the Court's September 16, 2006 Scheduling Conference Order;

//
//
//

03439.00018
660450.1

- 2 -

**FURTHER STIPULATION AND PROPOSED ORDER REGARDING EXPERT DISCLOSURE AND DISCOVERY CUT-OFF DATES**
Case No.: 1:06-CV-00604-LJO-DLB

3. Should the third party workers' compensation carrier file a complaint in intervention in this action the parties, including the carrier, reserve their rights to further address the Court regarding the deadlines set forth in the Court's September 16, 2006 Scheduling Conference Order, including the trial date of January 8, 2008.

DATED:  June 6, 2007

Respectfully submitted,

SCHIFF HARDIN LLP

By _____/s/_____
    Jeffrey R. Williams
Attorneys for Defendant
ITW FOOD EQUIPMENT GROUP,
erroneously sued herein as HOBART
CORPORATION

DATED:  June 6, 2007

LAW OFFICES OF BRYMAN & APELIAN

By _____/s/_____
    Andrew C. Bryman
Attorneys for Plaintiff
BASSAM MASARWEH

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: June 8, 2007        ___/s/ Dennis L. Beck_____
                              United States Magistrate Judge

03439.00018
660450.1

- 3 -

**FURTHER STIPULATION AND PROPOSED ORDER REGARDING EXPERT DISCLOSURE AND DISCOVERY CUT-OFF DATES**
Case No.: 1:06-CV-00604-LJO-DLB