SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant
ITW FOOD EQUIPMENT GROUP, erroneously sued herein as
HOBART CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASSAM MASARWEH,<br><br>          Plaintiff,<br><br>     v.<br><br>HOBART CORPORATION and DOES 1 through 100, Inclusive , <br><br>          Defendants. | Case No.: 1:06-CV-00604-LJO-DLB<br><br>**STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING AND MANDATORY SETTLEMENT CONFERENCE DATE** |

- 1 -

**STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING AND MANDATORY SETTLEMENT CONFERENCE DATE**
Case No.: 1:06-CV-00604-LJO-DLB

03439.00018
665358.1

1  Plaintiff Bassam Masarweh and defendant ITW Food Equipment Group,
2 erroneously sued herein as Hobart Corporation, by and through their respective counsel,
3 hereby agree and stipulate as follows:

4  1.  WHEREAS the Court has previously issued Orders regarding the
5 scheduling in this matter;

6  2.  WHEREAS the parties desire to continue their factual and expert discovery
7 efforts; and

8  3.  WHEREAS the parties, by and through their respective counsel, have met
9 and conferred regarding changes to the current schedule and the date for the settlement
10 conference;

11  The parties stipulate to the following schedule and respectfully request that the
12 Court issue the following Orders:

13  The deadline for designating expert witnesses is continued from July 12, 2007 to
14 September 12, 2007;

15  The non-dispositive motion deadline is continued from July 25, 2007 to
16 September 25, 2007;

17  The settlement conference date is continued to October 2, 2007, at 10:00 a.m.;

18  The supplemental expert designation deadline is continued from August 13, 2007
19 to October 15, 2007;

20  The dispositive motion deadline of August 24, 2007 shall not change;

21  The discovery deadline of November 9, 2007 shall not change;

22  The pretrial conference date of November 15, 2007 shall not change; and

23 //
24 //
25 //
26 //
27 //

28  The trial date of January 7, 2008 shall not change.

SchiffHardin LLP
Attorneys At Law
San Francisco

| | |
|---|---|
| DATED:  July 27, 2007 | Respectfully submitted, |
| | SCHIFF HARDIN LLP |
| | By   /s/ Kathleen A. Stimeling |
| | Kathleen A. Stimeling |
| | Attorneys for Defendant |
| | ITW FOOD EQUIPMENT GROUP, erroneously sued herein as HOBART CORPORATION |
| DATED:  July 27, 2007 | LAW OFFICES OF BRYMAN & APELIAN |
| | By   /s/ Andrew C. Bryman |
| | Andrew C. Bryman |
| | Attorneys for Plaintiff |
| | BASSAM MASARWEH |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: July 30, 2007                    /s/ *Dennis L. Beck*

                                                                United States Magistrate Judge

- 3 -

**STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING AND MANDATORY SETTLEMENT CONFERENCE DATE**
Case No.: 1:06-CV-00604-LJO-DLB

03439.00018
665358.1