SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant
ITW FOOD EQUIPMENT GROUP, erroneously sued herein as
HOBART CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASSAM MASARWEH,<br><br>             Plaintiff,<br><br>       v.<br><br>HOBART CORPORATION and DOES 1 through 100, Inclusive ,<br><br>             Defendants. | Case No.: 1:06-CV-00604-LJO-DLB<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE PRETRIAL CONFERENCE** |

Plaintiff Bassam Masarweh and defendant ITW Food Equipment Group, erroneously sued herein as Hobart Corporation, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS the parties are currently scheduled to appear at a Pretrial Conference on November 15, 2007 at 8:30 a.m.;

WHEREAS counsel for plaintiff Bassam Masarweh has encountered an unforeseen, unavoidable and urgent family medical emergency, which precludes his participation in and attendance at the currently-scheduled Pretrial Conference; and

WHEREAS counsel for both parties have met and conferred regarding potential new dates for the Pretrial Conference;

The parties stipulate to the following and respectfully request that the Court issue the following Orders:

- 1 -

1.   The November 15, 2007 Pretrial Conference is hereby vacated and continued to one of the following dates, at the Court's discretion: November 28, November 29, December 5, or December 6; and

2.   The Pre-Trial Joint Statement shall be due on the date set forth in the local rules and based on the new Pretrial Conference date.

DATED: November 7, 2007     SCHIFF HARDIN LLP

By ___/s/_____
Kathleen A. Stimeling
Attorneys for Defendant
ITW FOOD EQUIPMENT GROUP, erroneously sued herein as HOBART CORPORATION

DATED: November7, 2007     LAW OFFICES OF BRYMAN & APELIAN

By ___/s/_____
Andrew C. Bryman
Attorneys for Plaintiff
BASSAM MASARWEH

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Pretrial Conference currently set for 11/15/07 has been CONTINUED to 11/29/07 at 8:30am.

Date: _November 8, 2007_     /s/ Lawrence J. O'Neill_____

United States District Judge

SF\9035621.1

**STIPULATION AND PROPOSED ORDER TO CONTINUE PRETRIAL CONFERENCE**
Case No.: 1:06-CV-00604-LJO-DLB