SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Defendant
ITW FOOD EQUIPMENT GROUP, erroneously sued herein as
HOBART CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASSAM MASARWEH,<br><br>   Plaintiff,<br><br>   v.<br><br>HOBART CORPORATION and DOES 1 through 100, Inclusive ,<br><br>   Defendants. | Case No.: 1:06-CV-00604-LJO-DLB<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE MOTIONS IN LIMINE BRIEFING AND HEARING DEADLINES**<br><br>Trial Date:          April 14, 2008 |

Plaintiff Bassam Masarweh and defendant ITW Food Equipment Group, erroneously sued herein as Hobart Corporation, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS the parties are currently scheduled to file motions in limine on February 22, 2008 and file responses to such motions on March 4, 2008;

WHEREAS the current date for the hearing on motions in limine is March 13, 2008;

WHEREAS the parties have recently conducted expert witness depositions; and

WHEREAS counsel for the parties have met and conferred and agreed to continue the deadlines for filing motions in limine;

The parties stipulate to the following and respectfully request that the Court issue the following Order:

- 1 -

1.   The deadline for filing motions in limine is continued from February 22, 2008 to March 12, 2008:

2.   The deadline for responding to motions in limine is continued from March 4, 2008 to March 19, 2008; and

3.   The motions in limine hearing is continued from March 13, 2008 at 8:15 a.m. to March 26, 2008 at 9:00 a.m.

DATED: February 19, 2008     SCHIFF HARDIN LLP

By ____/s/____
Kathleen A. Stimeling
Attorneys for Defendant
ITW FOOD EQUIPMENT GROUP, erroneously sued herein as HOBART CORPORATION

DATED: February 19, 2008     LAW OFFICES OF BRYMAN & APELIAN

By ____/s/____
Andrew C. Bryman
Attorneys for Plaintiff
BASSAM MASARWEH

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The parties are admonished that moving the motions in limine hearing may cause a continuance of trial due to this Court's heavy caseload.  Due to this Court's heavy caseload and its effect to hold to scheduled dates, the parties are encouraged to consent to the conduct of further proceedings by a United States Magistrate Judge.  .

Date: February 20, 2008          /s/ Lawrence J. O'Neill

Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

SF\9094350.1