Andrew C. Bryman, Esq., SBN # 97457
LAW OFFICE OF BRYMAN & APELIAN
24025 Park Sorrento, Ste. 220
Calabasas, California  91302-1400
Phone:  (818) 225-5151; Fax:  (818) 225-5155

Attorneys for Plaintiff, BASSAM MASARWEH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| BASSAM MASARWEH, | CASE NO.  1:06-CV-00604-OWW-DLB |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RE CONTINUANCE OF HEARING ON MOTIONS IN LIMINE AND TRIAL DATE** |
| vs. | |
| HOBART CORPORATION and DOES 1 through100, Inclusive, | |
| Defendants. | TRIAL DATE: April 14, 2008 |

Plaintiff Bassam Masarweh and defendant ITW Food Equipment Group, erroneously sued herein as Hobart Corporation, by and through their respective counsel, hereby agree and stipulate as follows:

1. WHEREAS the Court has previously issued Orders regarding the scheduling in this matter;

2. WHEREAS the parties desire to continue their settlement efforts and have scheduled a Mediation for April 2, 2008; and

3. WHEREAS the parties, by and through their respective counsel, have met and conferred regarding changes to the current schedule, specifically the hearing date for the Motions in Limine and the Trial date;

4. WHEREAS the parties wish to conserve the Court's time as they are hopeful that their settlement efforts will be successful;

/ / /

1

1  THEREFORE, the parties stipulate to the following revised schedule and
2 respectfully request that the Court issue an Order approving said changes:
3  a. The date for the parties to file motions in limine shall remain March 12,
4 2008;
5  b. The date for the parties to file objections to motions in limine shall remain
6 March 19, 2008;
7  c. The hearing on the Motions in Limine currently scheduled for March 26,
8 2008 shall be continued to April 16, 2008;
9  d. Counsel are to Meet & Confer re joint exhibits and jury instructions and
10 verdict forms on or before April 16, 2008;
11  e. The Trial date is continued from April 14, 2008 to May 19, 2008; and
12  f. The schedule for filing trial documents is revised, based on the new Trial
13 date, to and including:
14  May 9, 2008 - file trial briefs
15  May 12, 2008 - provide the court with proposed deposition testimony, joint
16    statement of the case; and proposed Voir Dire
17  **May 12, 2008** - Provide the Court:
18    Witness Lists
19    Exhibits and written objections to exhibits
20    List of all discovery documents to be used at trial
21    Original depositions
22    Jury instructions and objections, if any, 3.5 computer disc
23    Verdict forms
24 Dated: March 5, 2008   Respectfully submitted,
25     BRYMAN & APELIAN
26
27     By: /s/ Andrew C. Bryman
       Andrew C. Bryman
       Attorneys for Plaintiff
28     BASAM MASARWEH

1  Dated: March 5, 2008                       SCHIFF HARDIN LLP

2
                                              By: /s/ Jeffrey Williams
3                                                  Jeffrey Williams
                                              Attorneys for Defendant ITW FOOD
4                                             EQUIPMENT GROUP, erroneously sued
                                              herein as HOBART CORPORATION
5

6                                          **ORDER**

7   Pursuant to Stipulation of the parties, this Court resets dates as noted above.
    Unless otherwise noted, all trial documents, including jury instructions, witness
8   lists, exhibits, etc. shall be filed no later than **May 12, 2008.**

9
    IT IS SO ORDERED.
10
    **Dated:   March 6, 2008**                     /s/ Lawrence J. O'Neill
11                                              UNITED STATES DISTRICT JUDGE