UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASSAM MASARWEH,<br><br>            Plaintiff,<br>   vs.<br><br>HOBART CORPORATION,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 06-0604 LJO DLB<br><br>**ORDER AFTER SETTLEMENT** |

Plaintiff's counsel notified this Court that settlement has been reached.  Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than June 5, 2008,** to file a stipulation and order to dismiss this action in its entirety.

This Court VACATES all pending dates and matters, including the April 25, 2008 motions in limine hearing and May 19, 2008 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:    April 10, 2008**                                  /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE