SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
KATHLEEN A. STIMELING (CSB #209226)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

THOMPSON HINE & FLORY LLP
S. STUART EILERS (appearing *pro hac vice*)
3900 Key Center
127 Public Square
Cleveland, OH 44114
Telephone: (216) 566-5500
Facsimile: (216) 566-5800

Attorneys for Defendant
ITW FOOD EQUIPMENT GROUP, LLC
erroneously sued herein as
HOBART CORPORATION

**FILED**
JUN 2 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASSAM MASARWEH,<br><br>    Plaintiff,<br><br>    v.<br><br>HOBART CORPORATION and DOES 1 through 100, Inclusive,<br><br>    Defendants | Case No.: 1:06-CV-00604-LJO-DLB<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

///

///

**LODGED**
MAY 3 0 2008
[PROPOSED] ORDER OF DISMISSAL
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

- 1 -

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Pursuant to the parties' Stipulation of Dismissal, a copy of which is attached
2  hereto, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each
3  party to bear its own attorneys' fees and costs.

4

5  Dated: _June 2_, 2008

6  Hon. Lawrence J. O'Neill
   Judge of the U.S. District Court
7  Eastern District of California

SF\9156861.1